UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Bruce Schollaert, et al.,

                              Plaintiff(s),

v.                                                      Case No. 2:18–cv–12375–AC–RSW
                                                        Hon. Avern Cohn

Essintial Enterprise Solutions,
LLC, et al.,

                              Defendant(s),

_____

## NOTICE TO APPEAR

   You are hereby notified to appear before District Judge Avern Cohn at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 838, Detroit, Michigan, for the following proceeding(s):

   • STATUS CONFERENCE:  November 1, 2018 at 02:00 PM

## Certificate of Service

   I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                   By: s/M. Verlinde
                                        Case Manager

Dated:   September 27, 2018